LAWRENCE G. BROWN
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA ALVARADO individually and as Guardian ad Litem for MARTIN ALVARADO, VIVIAN ALVARADO, FABIAN ALVARADO and ANGEL ALVARADO, minors,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:09-cv-00243 LJO-SMS<br><br>STIPULATION TO EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT AND SCHEDULING CONFERENCE DATE; ORDER RE SAME |

Plaintiffs SARA ALVARADO individually and as Guardian ad Litem for MARTIN ALVARADO, VIVIAN ALVARADO, FABIAN ALVARADO and ANGEL ALVARADO, minors ("Plaintiffs") and defendant United States of America ("Defendant") (collectively "the parties") stipulate, by and through the undersigned counsel, to extend the deadline for Defendant to respond to the Complaint For Damages to and including May 18, 2009.

The parties further agree to continue the date of the scheduling conference currently set for May 7, 2009 at 9:15 a.m. in Courtroom 7 of the above-entitled court to, June 17, 2009 at 9:15 a.m. in Courtroom 7.

The parties base this stipulation on good cause, which includes the need for Defendant to review the allegations in the Complaint and respond accordingly.  The parties agree that this short extension of the time for the Defendant to respond will not cause any prejudice to the parties as this action was recently commenced.

     Accordingly, the parties stipulate and agree to continue the time for Defendant to file a responsive pleading and the scheduling conference as specified below, and base it on the above-stated good cause.  The parties request the court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Defendant's response to Complaint | April 17, 2009 | **May 18, 2009** |
| Scheduling Conference | May 7, 2009 @9:15 a.m. Dept. 7 | **June 17, 2009 @9:15 a.m. Dept. 7** |

                                        Respectfully submitted,

Dated: April 6, 2009                    LAWRENCE G. BROWN
                                        Acting United States Attorney


                                         /s/ Alyson A. Berg
                                        ALYSON A. BERG
                                        Attorneys for Defendant

                                        Cornwell & Sample LLP

                                        (As authorized 04/06/09)
                                         /s/Stephen R. Cornwell
                                        STEPHEN R. CORNWELL
                                        Attorney for Plaintiffs

IT IS SO ORDERED.

**Dated:   April 14, 2009**            /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE