BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ALVARADO individually and as Guardian ad Litem for MARTIN ALVARADO, VIVIAN ALVARADO, FABIAN ALVARADO and ANGEL ALVARADO, minors,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:09-cv-00243 LJO/SMS<br><br>STIPULATION EXTENDING SCHEDULING DEADLINES AND ORDER THEREON |

Plaintiffs SARA ALVARADO individually and as Guardian ad Litem for MARTIN ALVARADO, VIVIAN ALVARADO, FABIAN ALVARADO and ANGEL ALVARADO, minors ("Plaintiffs") and Defendant United States of America ("Defendant") stipulate, by and through the undersigned counsel, to continue the following deadlines in this action as specifically set forth below.

The parties base this stipulation on good cause to allow for adequate time to complete discovery and file dispositive motions. The parties agree to extend certain scheduling deadlines without affecting the pre-trial conference or trial date in this action.

| | **Old Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 07/23/10 | 10/22/10 |

| | | |
|---|---|---|
| Expert disclosures | 9/07/10 | Plaintiffs: 10/25/10<br>Defendant: 11/5/10 |
| Supplemental expert disclosures | 10/05/10 | Plaintiffs: 11/19/10<br>Defendant: 12/5/10 |
| Expert discovery cut-off | 11/23/10 | 12/17/10 |

For the reasons set forth herein, the parties therefore stipulate and agree to extend the following deadlines as specified. The parties request the court endorse this stipulation by way of a formal order.

                                    Respectfully submitted,

Dated: May 20, 2010                        CORNWELL & SAMPLE

                                    /s/ Stephen R. Cornwell
                                Stephen R. Cornwell
                                Attorneys for Plaintiffs

Dated: May 20, 2010                        BENJAMIN B. WAGNER
                                United States Attorney

                                    /s/ Alyson A. Berg
                                ALYSON A. BERG
                                Attorneys for Defendant
                                United States of America

IT IS SO ORDERED.

**Dated:   May 25, 2010**                  /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE