IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ALVARADO, individually and as Guardian ad Litem for MARTIN ALVARADO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. CV F 09-0243 LJO SMS <br><br> **ORDER TO DISREGARD AND TO REFILE COMPLETE OPPOSITION PAPERS** <br> (Docs. 48-54.) |

On September 13, 2010, plaintiffs filed papers to seek to conduct further discovery prior to opposing defendant United States of America's ("Government's") F.R.Civ.P. 12(b)(1) motion to dismiss, the hearing of which was set for September 28, 2010. On September 14, 2010, this Court signed an order to extend remaining briefing on the Government's motion to dismiss to accommodate plaintiffs' pending discovery to oppose the Government's motion to dismiss. However, there was a delay to docket and serve the order until September 15, 2010 and after plaintiffs had filed, on September 14, 2010, papers to oppose the Government's motion to dismiss (docs. 48-54). As such, this Court DISREGARDS plaintiffs' opposition papers filed on September 14, 2010 (docs. 48-54) and ORDERS plaintiffs to refile complete opposition papers, pursuant to the order signed September 14, 2010 to extend remaining briefing on the Government's motion to dismiss. This Court FURTHER ORDERS the Government to reply only to plaintiffs' upcoming opposition papers, not those filed on September

14, 2010.

    IT IS SO ORDERED.

**Dated:      September 15, 2010**               /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE