UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ALVARADO, et al., | CASE NO. CV F 09-0243 LJO SMS |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendants. / | |

Plaintiff has filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than November 19, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the Government's pending motion to dismiss and February 24, 2011 pretrial conference and April 11, 2010 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   October 22, 2010**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE