1  Stephen R. Cornwell, CA Bar #40737           (SPACE BELOW FOR FILING STAMP ONLY)
   Judith M. Harless, CA Bar #64784
2  CORNWELL & SAMPLE, LLP
   Attorneys at Law
3  7045 N. Fruit Avenue
   Fresno, CA  93711-0761
4  Telephone: (559) 431-3142
   Facsimile:  (559) 436-1135
5
   Attorneys for Plaintiffs SARA ALVARADO
6  individually and as Guardian ad Litem for
   MARTIN ALVARADO, VIVIAN ALVARADO,
7  FABIAN ALVARADO, and ANGEL
   ALVARADO, minors
8

                    UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SARA ALVARADO individually and as Guardian ad Litem for MARTIN ALVARADO, VIVIAN ALVARADO, FABIAN ALVARADO, and ANGEL ALVARADO, minors,<br><br>      Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO.  1:09-CV-00243-LJO-SMS<br><br>**ORDER DIRECTING CLERK TO SEAL CERTAIN RECORDS** |

        Plaintiffs have filed a Request for Order Directing Clerk to Seal Certain Records. ECF No. 59. The Court finds that Plaintiffs submitted a Declaration of Stephen R. Cornwell, ECF No 51, for the Court's consideration which inadvertently included exhibits at ECF Nos. 52, 53, and 54 that were subject to a confidentiality agreement among the parties. Good cause appearing, the Clerk of the Court is directed to seal the following documents:

        1.     Excerpts from the deposition transcript of Elizabeth Partridge, which was Exhibit "A" to the Cornwell Declaration, ECF Nos. 52 and 53.

        2.     Selected documents produced at the time of Ms. Partridge's declaration,

1 | which were contained in Exhibit "B" to the Cornwell Declaration, ECF No. 54.

3 | IT IS SO ORDERED.

4 | **Dated:   October 26, 2010**         /s/ **Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE