IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ALVARADO, individually and as Guardian ad Litem for MARTIN ALVARADO, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant.<br>_____/ | CASE NO. CV F 09-0243 LJO SMS<br><br>**ORDER TO CONTINUE DEADLINE TO DISMISS ACTION**<br>(Doc. 65.) |

Plaintiffs seek to continue the November 19, 2010 deadline to dismiss this action to obtain court approval of settlement for the minor plaintiffs. As such, this Court EXTENDS the deadline to dismiss this action and ORDERS the parties, no later than January 3, 2010, to file papers to dismiss this action in its entirety or to show good cause why this Court should not dismiss this action.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:    November 18, 2010**                      /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE

1