| | |
|---|---|
| Stephen R. Cornwell, CA Bar #40737<br>Judith M. Harless, CA Bar #64784<br>**CORNWELL & SAMPLE, LLP**<br>Attorneys at Law<br>7045 N. Fruit Avenue<br>Fresno, CA  93711-0761<br>Telephone: (559) 431-3142<br>Facsimile:  (559) 436-1135 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Plaintiffs SARA ALVARADO individually and as Guardian ad Litem for MARTIN ALVARADO, VIVIAN ALVARADO, FABIAN ALVARADO, and ANGEL ALVARADO, minors

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SARA ALVARADO individually and as Guardian ad Litem for MARTIN ALVARADO, VIVIAN ALVARADO, FABIAN ALVARADO, and ANGEL ALVARADO, minors,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO.  1:09-CV-00243-LJO-SMS<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

TO THE ABOVE UNITED STATES DISTRICT COURT AND THE CLERK OF THE COURT IN THE ABOVE-ENTITLED ACTION:

   Plaintiffs SARA ALVARADO individually and as Guardian ad Litem for MARTIN ALVARADO, VIVIAN ALVARADO, FABIAN ALVARADO, and ANGEL ALVARADO, minors, and Defendant UNITED STATES OF AMERICA (collectively referred to as the "Parties") acknowledge that a bona fide dispute exists between the Parties in connection with the allegations in this lawsuit and that the Parties have agreed to resolve their disputes for fair consideration, conditioned upon dismissal of this lawsuit with prejudice.

1   / / /

2

3           THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs
4   SARA ALVARADO individually and as Guardian ad Litem for MARTIN ALVARADO,
5   VIVIAN ALVARADO, FABIAN ALVARADO, and ANGEL ALVARADO, minors, and
6   Defendant UNITED STATES OF AMERICA, through their respective counsel of record,
7   that the above-entitled action be and hereby is dismissed with prejudice in its entirety
8   pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear
9   his/its own attorneys' fees and costs.
10          IT IS SO STIPULATED.
11  DATED: February 23, 2011.

                                            **CORNWELL &
                                            SAMPLE, LLP**


                                            By:   /s/   Stephen R. Cornwell
                                                  Stephen R. Cornwell
                                                  Attorneys for Plaintiffs
                                            SARA ALVARADO, individually and as
                                            Guardian ad Litem for MARTIN
                                            ALVARADO, VIVIAN ALVARADO,
                                            FABIAN ALVARADO, and
                                            ANGEL ALVARADO, minors


    DATED: February 24, 2011.
                                                  BENJAMIN B. WAGNER
                                                  United States Attorney


                                            By:   /s/   Alyson A. Berg
                                                  Alyson A. Berg
                                                  Assistant U.S. Attorney
                                                  Attorney for Defendant
                                                  UNITED STATES OF AMERICA




K:\LJO\To_Be_Signed\09cv0243.dismissal.glg.wpd

**ORDER**

This Court DISMISSES this action pursuant the parties' stipulation and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   February 24, 2011**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE